# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| ME60 | 9675477 | HOVANEC | 922 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 7/31/2025 20:00
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 4.23(a)(1)
Place of Offense: Acadia National Park - Schoodic District - Campground
Offense Description; Factual Basis for Charge: Operating under the Influence of Alcohol or Drugs

### DEFENDANT INFORMATION

Last Name: Emerson
First Name: Parker
M.I.: M
City: Denver
State: CO
Zip: 80220-1254
Drivers License No.: 172214830
D.L. State: CO
☒ Adult ☐ Juvenile  Sex: ☒ Male ☐ Female
Hair: Brown   Eyes: Blue   Height: 5'7"   Weight: 190

### VEHICLE

Tag No.: AWFE31
State: CO
Year: 17
Make/Model: Honda HRV
Color: Blue

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. District Court, 202 Harlow Street, Bangor, ME 04401, (207) 945-0373
Date: 8/7/2025
Time: 11:00 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9675477*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 31, 2025, while exercising my duties as a law enforcement officer in the District of Maine, within the exterior boundaries of Acadia National Park: I, Officer Hovanec witnessed a Blue Honda HR-V, bearing CO AWFE31 traveling East on Farview Drive. The vehicle drove past me with a bike rack hanging off the passenger side rear of the car. I then found the car at the end of Farview Drive circling the rotary repeatedly. After the second time around the rotary, I initiated a traffic stop where I contacted EMERSON, Parker as the operator. EMERSON had a slurred speech, glossy eyes, and the odor of an alcoholic beverage was permeating from his vehicle. I asked him to step out of the vehicle. When he did, he appeared disheveled. His right sandal was on partially and backwards and had a urine stain on his shorts. EMERSON stated he had left his site to go get something to eat but could not recollect where. I implemented SFSTs on EMERSON, he failed the Walk and Turn (6 of 8 clues), One Leg Stand (3 of 4 clues) HGN (4 of 4 clues). I placed EMERSON under arrest and charged him with CFR4.23(a)(1) Operating Under the Influence of Alcohol and Drugs. This was visually and audibly recorded.

See Report.

Nothing Further.

**Loc. Code ME60**
**Violation No 9675477**

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/31/2025
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge